# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# EASTERN DIVISION

DAVID LIBRACE                                        PLAINTIFF

VS.                              2:19-CV-00085-BRW

KIP NESMITH, *ET AL.*                                DEFENDANTS

## ORDER

Pending is Plaintiff's Motions for Leave to Proceed *In Forma Pauperis* (Doc. No. 1).

In an April 17, 2019, I listed Plaintiff's previous cases filed in the Eastern District of Arkansas and noted his history of proceeding *in forma pauperis*:

> This lack of financial consideration appears to be a factor here, because without the considerations of filing fees or attorney's fees, Mr. Librace continues to file frivolous cases. Accordingly, he is on notice that if he continues to proceed in the manner similar to his past, it is very likely that in forma pauperis will be denied, and he will be required to pay a filing fee before a case may proceed. Additionally, I am much inclined to impose a sanction requiring Plaintiff David Librace to pay a filing fee before initiating cases in the Eastern District of Arkansas.[1]

Based on this previous order, Plaintiff's Motions for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED and this case is DISMISSED. If Plaintiff chooses to proceed with this case, he must pay the full filing fee along with a motion to reopen case by 5 p.m., August 23, 2019.

IT IS SO ORDERED this 29th day of July, 2019.

                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE

---

[1]*Librace v. Smith*, 2:19-CV-00041-BRW (E.D. Ark. 2019), Doc. No. 7.